ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XI

| JUAN CARLOS SALGADO MARTÍNEZ<br><br>Peticionario<br><br>v.<br><br>IVONNE M. OQUENDO SÁNCHEZ, LA EXCE TRADING LLC T/C/C LAEXCETRADING, Y OTROS<br><br>Recurridas | KLCE202400891 | *Certiorari*<br>procedente del Tribunal de Primera Instancia, Sala Superior de Guaynabo<br><br>Sobre:<br>Daños; Cobro de Dinero – Ordinario; Incumplimiento de Contrato<br><br>Caso Número:<br>GB2024CV00149 |
|---|---|---|

Panel integrado por su presidenta, la Jueza Brignoni Mártir, la Jueza Álvarez Esnard y la Jueza Prats Palerm.

*Prats Palerm, Jueza Ponente*

### SENTENCIA

En San Juan, Puerto Rico, a 6 de septiembre de 2024.

Considerado el *Aviso de Desistimiento de Petición de Certiorari* presentado el 5 de septiembre de 2024 por la parte peticionaria, se declara *Ha Lugar*. De conformidad con lo dispuesto en la Regla 83 (A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83 (A), se ordena el archivo de este caso, por desistimiento con perjuicio.

Notifíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____